THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER COZZA, Appellant.— Judgment of conviction affirmed. All concurred.

JENNIE A. KELLY, Respondent, v. TOWN OF AVOCA, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the plaintiff failed to show actionable negligence on the part of the superintendent of highways. All concurred.

GEORGE BENJAMIN, Appellant, v. ANNA C. CLARK, Respondent.— Judgment affirmed, with costs. All concurred.

DAVID FREEDLANDER, Appellant, v. ROBERT W. WILSON, Respondent.— Judgment of Special Term reversed and judgment of City Court affirmed, with costs to plaintiff in this court and at the Special Term. Held, 1. It is an intendment of the law that a verdict, when found, settles in favor of the prevailing party every question of fact litigated on the trial. (*Colaizzi* v. *Pennsylvania R. R. Co.*, 143 App. Div. 645; affd., 208 N. Y. 275.) 2. That the City Court must have found as a fact that the plaintiff made a clear demand on the defendant for the surrender of the ring and that the defendant absolutely refused to surrender it. 3. That the demand made by the plaintiff for the ring and the defendant's unqualified refusal to surrender it constituted a waiver of any other, better or different demand. (6 C. J. 1151; *Holbrook* v. *Wight*, 24 Wend. 169; *Rogers* v. *Weir*, 34 N. Y. 463; *Ball* v. *Liney*, 48 id. 6.) All concurred.

ALICE BIERLY, as Sole Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Appraisal of the Estate of HENRY L. ELSNER, Deceased, under the Act in Relation to Taxable Transfers of Property. EUGENE M. TRAVIS, Comptroller. of the State of New York, Appellant; ABRAM J. KATZ and Others, Respondents.— Decree affirmed, with costs. All concurred.

MARY BURDIC, Respondent, v. BROTHERHOOD ACCIDENT COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

HARRY H. HATHEWAY and Others, Appellants, v. HARLIE J. CHURCHELL, Respondent.— Judgment and order affirmed, with costs. All concurred.

ADA CONNORS, Respondent, v. THE LONG BRANCH PARK TOBOGGAN COMPANY OF SYRACUSE, Appellant.— Judgment and order affirmed, with costs. All concurred.

ANTONIO DOMBROWSKI, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment affirmed, with costs. All concurred.

DANIEL CRIMMINS and Another, Appellants, v. HARRIET BALDWIN, Respondent.— Judgment affirmed, with costs. All concurred.